UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

----------------------------------------------------------

**Judge David R. Herndon**

**ORDER**

*Moore et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:14-cv-10231-DRH-PMF[1]

*Cooksey et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:14-cv-10232-DRH-PMF[2]

*Quezada et al v. Bayer Healthcare Pharmaceuticals Inc. et al* No. 3:14-cv-10232-DRH-PMF[3]

### ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

This matter is before the Court on movant, attorney Nabil Nachawati's, motion to withdraw as counsel of record for the above captioned plaintiffs. All of the above captioned plaintiffs have been dismissed without prejudice for failure to comply with CMO 12. As the above captioned plaintiffs were dismissed without prejudice pursuant to CMO 12, their actions are still subject to dismissal with

---

[1] This Order applies only to plaintiff Brandie Shirk.
[2] This Order applies only to plaintiffs Janice Craft and Kathleen Green.
[3] This Order applies only to plaintiffs Doreen Everett, Lindsay Palefsky, and Valeria Williams.

prejudice in accord with the provisions of CMO 12. Accordingly, movant's motions are not moot.

After considering the motions, the Court finds the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The motions are therefore **GRANTED.**

**FURTHER,** the Court **DIRECTS MOVANT to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

**FURTHER, the Court ORDERS as follows with respect to EACH plaintiff:**

1. **Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a supplementary entry of appearance within 21 days of the entry of this Order**.

2. **If after 21 days of the entry of this order, the plaintiff is not in compliance with the requirements of any court rule or order (including applicable MDL case management orders), the plaintiff's action may be subject to dismissal, including dismissal WITH prejudice.**

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2015.

Digitally signed by
David R. Herndon
Date: 2015.06.22
15:26:12 -05'00'

**United States District Court**